Full opinion will be published later. Watch **Omnibus Index.**

### GEIGER v AMERICAN SEEDING MACHINE CO

### JOHNSON et v AMERICAN SEEDING MACHINE CO

Ohio Supreme Court

Nos. 22646 & 22648. Decided June 3, 1931

Jones, Matthias, Day, Kinkade and Robinson, JJ, concur. Allen, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**